UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN D. HERTZBERG,
Plaintiff,

vs.

GALENA KATZ,
Defendant.
_____/

Misc. Case No. 1̄3-MC-24-Orl-31 GJK
Hon.

FILED 2013 MAR -7 AM 11:07

## MOTION FOR ISSUANCE OF SUBPOENA

**NOW COMES,** John D. Hertzberg, the plaintiff in the above captioned matter ("Plaintiff"), and states for his Motion:

1. Plaintiff is the plaintiff in an action, presently, pending in the Oakland County, Michigan Circuit Court, captioned <u>John D. Hertzberg vs. Galena Katz</u>, Case No. 10-767542-DM, Hon. Joan E. Young (the "MI Action").

2. Plaintiff needs to obtain documents from WDTCO, Inc. d/b/a Walt Disney Travel Co., Inc. for use in the MI Action.

3. WDTCO, Inc. is not registered to do business in Michigan, precluding Plaintiff's ability to issue a subpoena to them in that State.

4. WDTCO, Inc. is a Florida corporation whose registered agent is located in Lake Buena Vista, Florida, necessitating service of the subpoena in Florida.

5. Federal Rule of Civil Procedure 45 permits, or does not prevent Plaintiff to cause a subpoena for documents to issue from the United States District Court for the Middle District of Florida to obtain documents necessary for the MI Action under these circumstances.

6. Plaintiff proposes having this Court issue the Subpoena attached hereto and incorporated herein by this reference as **Exhibit "1"**.

1

7. Plaintiff is forced to proceed under extremely restrictive timing for the conduct of discovery in the MI Action, and needs to obtain documents from WDTCO, Inc. as soon as possible.

8. Last week Plaintiff caused numerous subpoenas for documents to issue from the United States District Court for the District of Nevada, which subpoenas are being served on corporation located in Las Vegas, Nevada to obtain documents that are necessary for the MI Action.

9. Plaintiff has not been able to locate any rule or law that should prevent this Court from issuing the requested discovery subpoenas.

**WHEREFORE,** Plaintiff respectfully requests the Court issue the Subpoena attached as **Exhibit "1"**, and grant Plaintiff such other and further relief as the Court deems just and equitable.

Respectfully Submitted,
**HERTZBERG, P.L.L.C.**

John D. Hertzberg (P38021)
Attorney for Plaintiff
29100 Northwestern Highway, Suite 310
Southfield, MI 48034
248.540.3200
jdhertz@hertzbergpc.com